IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENNETH BRANTLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>    Defendant. | 4:12CV3215<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1) The defendant's motion to compel, (Filing No. 26), is granted.

2) In addition to the information disclosed during the hearing held on July 24, 2013, the plaintiff shall serve on defense counsel all documents plaintiff will rely upon at trial by no later than 5:00 p.m. on July 25, 2013.

Dated this 24th day of July, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge