IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENNETH BRANTLEY,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>BNSF RAILWAY COMPANY,<br><br>　　　　　　Defendant. | 4:12CV3215<br><br>MEMORANDUM AND ORDER |

　　　　Plaintiff, Kenneth Brantley called my chambers on August 2, 2013.  Mr. Brantley said he had received written discovery from opposing counsel, he had already provided the responsive information to the defendant, and he wanted to know if he was required to provide the information again.  My chambers did not answer the question.

　　　　IT IS ORDERED:

　　　　(1)　　Mr. Kenneth Brantley is reminded that he is not to call the Clerk's Office or my Chambers with questions regarding how to handle his case without opposing counsel also on the telephone line.

　　　　(2)　　Plaintiff is again reminded to refer to his copy of the Local Rules and the Guide to Self-Representation for Non-Prisoners, both of which were provided to him following the hearing on July 24, 2013, to assist him in pursuing this case without counsel.

　　　　Dated this 2nd day of August, 2013.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge