IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENNETH BRANTLEY,<br><br>            Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>            Defendant. | 4:12CV3215<br><br>MEMORANDUM AND ORDER |

After conferring with Mr. Brantley and the railroad's counsel:

IT IS ORDERED:

1)     The railroad's motion to compel, (Filing No. 42), is granted.

2)     On or before September 24, 2013, the plaintiff shall serve on the railroad full and complete responses to the railroad's interrogatories and requests for production. The plaintiff is reminded that if he fails to disclose information in his possession or control, either as part of his mandatory disclosures or in response to the railroad's discovery requests, he may later be barred from using the undisclosed information to prove his case.

3)     The plaintiff is further reminded that he must promptly advise the court if his address changes. The failure to do so will inhibit his ability to receive copies of case filings and court orders and may also result in dismissal of his lawsuit.

September 12, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge